FILED

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0120



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0120

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DALE NEWBURY,

    Defendant and Appellant.

**ORDER**

FILED

MAR 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Dale Newbury represents himself in his recently filed petition for an out-of-time appeal. Newbury explains that he instructed his attorney multiple times to file a timely notice of appeal and that his attorney failed to file it for him. He explains that his original attorney stated that he would file a notice of appeal once sentencing was completed. Newbury also moves this Court for appointment of counsel.

Newbury includes a copy of the judgment he seeks to appeal. On October 24, 2018, the Eighth Judicial District Court, Cascade County, sentenced Newbury to the Montana State Prison for felony criminal distribution of dangerous drugs. Pursuant to M. R. App. P. 4(6), this Court may grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]" Newbury has a recent felony conviction with a prison sentence. Having considered the matter, we conclude that leave for an untimely appeal is warranted. Newbury also may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Accordingly,

IT IS ORDERED that Newbury's Petition for an Out-of-Time Appeal is GRANTED. The Clerk of the Supreme Court is directed to file Newbury's accompanying Notice of Appeal as of the date of this Order.

IT IS FURTHER ORDERED that Newbury's Motion for Appointment of Counsel is GRANTED.

The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order Appointing Counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Dale Newbury personally.

DATED this 10 day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2